UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-156-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE WALLACE POWELL | ORDER |

On motion of the Defendant, George Wallace Powell, and for good cause shown, it is hereby ORDERED that [DE-15] be sealed until further notice by this Court.

Accordingly, it is ORDERED that these documents be filed under seal and remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this 6th day of March 2020.

_____
KIMBERLY A. SWANK
United States Magistrate Judge